US Bank National Association, Respondent, v Fidelis Mgbeahuru, Appellant, et al., Defendant. [953 NYS2d 894]—In an action to foreclose a mortgage, the defendant Fidelis Mgbeahuru appeals from an order of the Supreme Court, Nassau County (Adams, J.), entered August 2, 2011, which denied his motion for leave to reargue his prior motion, inter alia, pursuant to CPLR 3211 (a) (8) to dismiss the complaint insofar as asserted against him for lack of personal jurisdiction, which had been determined in a prior order of the same court entered May 13, 2011.

Ordered that the appeal is dismissed, with costs.

The appeal from the order must be dismissed, because no appeal lies from an order denying leave to reargue (*see Das v Sun Wah Rest.*, 99 AD3d 752 [2012]; *Blackwell v Mikevin Mgt. III, LLC*, 88 AD3d 836 [2011]). Rivera, J.P., Chambers, Hall and Lott, JJ., concur.